

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Andrew Walker, Jr., Appellant

No. 06-23-00071-CV      v.

Daron Lee Geller and Albert's Recovery
Towing and Transport, Appellees

Appeal from the 124th District Court of
Gregg County, Texas (Tr. Ct. No. 2021-1518-B). Memorandum Opinion delivered
by Justice Rambin, Chief Justice Stevens
and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed
for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Andrew Walker, Jr., has adequately indicated his inability to
pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 1, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk